*Robert E. Byron,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided November 16, 2000

MARIBEL COLON ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW HAVEN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 60 Conn. App. 178 (AC 18738), is denied.

*Raymond E. Epps,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided November 29, 2000

MARIBEL COLON ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW HAVEN ET AL.

The plaintiffs' cross petition for certification for appeal from the Appellate Court, 60 Conn. App. 178 (AC 18738), is denied.

*William F. Gallagher,* in support of the cross petition.

Decided November 29, 2000

ROBERT DESALLE, SR. *v.* GUSTAF T. APPELBERG ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 386 (AC 18774), is denied.